O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GARCIA AVILA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>W.L. MONTGOMERY,<br><br>　　　　　Respondent. | Case No. EDCV 15-0837-SVW (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered summarily dismissing this action pursuant to Rule 4 of the Rules Governing 2254 Cases in the United States District Courts.

DATED: 12/2/15

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE