JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GARCIA AVILA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>W.L. MONTGOMERY,<br><br>　　　　Respondent. | Case No. EDCV 15-0837-SVW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing 2254 Cases in the United States District Courts.

DATED: 12/2/15

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE